UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-12280 |
| RAPHAEL WEAVER | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Lifting Automatic Stay

This matter coming before the court for hearing on ESTATE HOMES AT THE ODYSSEY CLUB HOMEOWNERS ASSOCIATION'S Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

The automatic stay is modified so as to not restrain ESTATE HOMES AT THE ODYSSEY CLUB HOMEOWNERS ASSOCIATION from pursuing nonbankruptcy remedies with respect to the property located on 43 Odyssey Drive, Tinley Park, Illinois 60477.

Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 26, 2018

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446